Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  19−19774−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Wall
   2707 Packer Court
   Bridgewater, NJ 08807

Social Security No.:
   xxx−xx−4686

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:           7/24/19
Time:          10:00 AM
Location:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 15, 2019
JAN: vpm

                                       Jeanne Naughton
                                       Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 19-19774-KCF
William J. Wall                                               Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2        Date Rcvd: May 15, 2019
                              Form ID: 132             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
db            +William J. Wall,    2707 Packer Court,    Bridgewater, NJ 08807-7017
518243536     +Bridle Club at Bridgewater Condo Assoc,    Po Box 105772,    Atlanta, GA 30348-5772
518243539     +ECK Apelian OR Mathews MD,    1056 Stelton Rd.,    Piscataway, NJ 08854-4326
518243540     +Eos Cca,    Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
518243541      Geico Insurance,    526 Western Ave,    Chevy Chase, MD 20815
518243542      IC Systems, Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
518243543     +Integra Managment,    200 Valley Rd., Ste. 203,    Mount Arlington, NJ 07856-1320
518243546     +New Jersey attorney General,    Div. of Law,    RJ Hughes Jusice Complex,
                25 Market St., PO Box 112,    Trenton, NJ 08625-0112
518243547     +Omega Rms,    7505 W Tiffany Springs Parkway,    Kansas City, MO 64153-1313
518243551     +RWJ Barnabas,    Po Box 21401,    New York, NY 10087-1401
518243549     +Receivable Collection Services LLC,    170 Jericho Turnpike,    Floral Park, NY 11001-2024
518243550     +Rutgers Health,    Po Box 829650,    Philadelphia, PA 19182-0001
518243555      Somerset Emergency Medical Assoc.,    c/o B&B Collections, Inc.,    P.O. Box 2137,
                Toms River, NJ 08754-2137
518243554     +Somerset Emergency medical Assoc,    Po Box 6222,    Parsippany, NJ 07054-7222
518243556      State of New Jersey,    Department of the Treasury,    Division of Revenue,    P.O. Box 628,
                Trenton, NJ 08646-0628
518243558     +US Asset Management Inc,    1881 Commerce Drive, Ste. 110,    Elk Grove Village, IL 60007-2134
518243560     +US Attorney of NJ,    970 Broad Street,    7TH FL.,    Newark, NJ 07102-2527
518243559     +US attorney General,    950 Pensylvania Ave NW,    Washington, DC 20530-0009
518243557     +University Radiology,    Po Box 371863,    Pittsburgh, PA 15250-7863

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 15 2019 23:53:34      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2019 23:53:32      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518243535      E-mail/Text: bankruptcy@bbandt.com May 15 2019 23:52:52      Bb&T,    Attn: Bankruptcy,
                Po Box 1847,    Wilson, NC 27894
518243537      E-mail/Text: mrdiscen@discover.com May 15 2019 23:52:28      Discover Financial,
                Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518243538     +E-mail/Text: bankruptcy.bnc@ditech.com May 15 2019 23:52:58      Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
518243544     +E-mail/Text: cio.bncmail@irs.gov May 15 2019 23:52:47      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
518243545     +E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2019 23:57:38
                LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                Greenville, SC 29603-0497
518243548     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 16 2019 00:09:01
                Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518243552     +E-mail/Text: rwjebn@rwjbh.org May 15 2019 23:54:30      RWj Somerset,    110 Rehill Ave,
                Somerville, NJ 08876-2519
518243553     +E-mail/Text: bankruptcy@savit.com May 15 2019 23:54:32      SaVit Collection Agency,
                Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 15, 2019
                              Form ID: 132             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Stephen M. Zullo    on behalf of Debtor William J. Wall szullo@simonattorneys.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 3
```