Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–19774–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J. Wall
   2707 Packer Court
   Bridgewater, NJ 08807

Social Security No.:
   xxx–xx–4686

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/14/2019 and a confirmation hearing on such Plan has been scheduled for 7/24/2019.

The debtor filed a Modified Plan on 7/1/2019 and a confirmation hearing on the Modified Plan is scheduled for 8/6/2019@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 1, 2019
JAN: vpm

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 19-19774-MBK
William J. Wall                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2             Date Rcvd: Jul 01, 2019
                               Form ID: 186             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.
```
db            +William J. Wall,    2707 Packer Court,    Bridgewater, NJ 08807-7017
cr            +Bridle Club at Bridgewater Condominium Association,     Becker & Poliakoff,    1776 on the Green,
                67 East Park Place,    Suite 800,    Morristown, nj 07960-7125
518305387     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518243536     +Bridle Club at Bridgewater Condo Assoc,     Po Box 105772,    Atlanta, GA 30348-5772
518309298     +Bridle Club at Bridgewater Condominium Association,     c/o Becker & Poliakoff,
                67 Park Place East,    Suite 800,    Morristown, NJ 07960-7125
518243539     +ECK Apelian OR Mathews MD,    1056 Stelton Rd.,    Piscataway, NJ 08854-4326
518243540     +Eos Cca,   Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
518243541      Geico Insurance,    526 Western Ave,    Chevy Chase, MD 20815
518243542      IC Systems, Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
518243543     +Integra Managment,    200 Valley Rd., Ste. 203,    Mount Arlington, NJ 07856-1320
518243546     +New Jersey attorney General,    Div. of Law,    RJ Hughes Jusice Complex,
                25 Market St., PO Box 112,    Trenton, NJ 08625-0112
518243547     +Omega Rms,    7505 W Tiffany Springs Parkway,    Kansas City, MO 64153-1313
518243551     +RWJ Barnabas,    Po Box 21401,    New York, NY 10087-1401
518243549     +Receivable Collection Services LLC,     170 Jericho Turnpike,    Floral Park, NY 11001-2024
518243550     +Rutgers Health,    Po Box 829650,    Philadelphia, PA 19182-0001
518243555      Somerset Emergency Medical Assoc.,     c/o B&B Collections, Inc.,    P.O. Box 2137,
                Toms River, NJ 08754-2137
518243554     +Somerset Emergency medical Assoc,    Po Box 6222,    Parsippany, NJ 07054-7222
518243556      State of New Jersey,    Department of the Treasury,    Division of Revenue,    P.O. Box 628,
                Trenton, NJ 08646-0628
518243558     +US Asset Management Inc,    1881 Commerce Drive, Ste. 110,     Elk Grove Village, IL 60007-2134
518243560     +US Attorney of NJ,    970 Broad Street,    7TH FL.,    Newark, NJ 07102-2527
518243559     +US attorney General,    950 Pensylvania Ave NW,    Washington, DC 20530-0009
518243557     +University Radiology,    Po Box 371863,    Pittsburgh, PA 15250-7863
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2019 01:09:42      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 02 2019 01:09:40       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518243535      E-mail/Text: bankruptcy@bbandt.com Jul 02 2019 01:09:06      Bb&T,    Attn: Bankruptcy,
                Po Box 1847,   Wilson, NC 27894
518243537      E-mail/Text: mrdiscen@discover.com Jul 02 2019 01:08:36      Discover Financial,
                Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518255721      E-mail/Text: mrdiscen@discover.com Jul 02 2019 01:08:36      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518243538     +E-mail/Text: bankruptcy.bnc@ditech.com Jul 02 2019 01:09:13       Ditech,   Attn: Bankruptcy,
                Po Box 6172,   Rapid City, SD 57709-6172
518243544     +E-mail/Text: cio.bncmail@irs.gov Jul 02 2019 01:08:59      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
518251810      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 02 2019 01:13:25       LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518243545     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 02 2019 01:13:27
                LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                Greenville, SC 29603-0497
518243548     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2019 01:30:11
                Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518243552     +E-mail/Text: rwjebn@rwjbh.org Jul 02 2019 01:10:26      RWj Somerset,    110 Rehill Ave,
                Somerville, NJ 08876-2519
518243553     +E-mail/Text: bankruptcy@savit.com Jul 02 2019 01:10:30      SaVit Collection Agency,
                Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 01, 2019
                              Form ID: 186             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Karl   Meth    on behalf of Creditor    Bridle Club at Bridgewater Condominium Association, Inc.
               kmeth@beckerlawyers.com,   info@acalabreselaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Stephen M. Zullo    on behalf of Debtor William J. Wall szullo@simonattorneys.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 5
```