Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–19774–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 William J. Wall
 2707 Packer Court
 Bridgewater, NJ 08807

Social Security No.:
 xxx–xx–4686

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/5/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 6, 2019
JAN: kmf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
William J. Wall  
    Debtor

Case No. 19-19774-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Dec 06, 2019  
                     Form ID: 148     Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.

```
db            +William J. Wall,    2707 Packer Court,    Bridgewater, NJ 08807-7017
cr            +Bridle Club at Bridgewater Condominium Association,    Becker & Poliakoff,    1776 on the Green,
                67 East Park Place,    Suite 800,    Morristown, nj 07960-7125
518305387     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518243536     +Bridle Club at Bridgewater Condo Assoc,    Po Box 105772,    Atlanta, GA 30348-5772
518309298     +Bridle Club at Bridgewater Condominium Association,    c/o Becker & Poliakoff,
                67 Park Place East,    Suite 800,    Morristown, NJ 07960-7125
518365929      Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
518243539     +ECK Apelian OR Mathews MD,    1056 Stelton Rd.,    Piscataway, NJ 08854-4326
518243540     +Eos Cca,    Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
518243541      Geico Insurance,    526 Western Ave,    Chevy Chase, MD 20815
518243543     +Integra Managment,    200 Valley Rd., Ste. 203,    Mount Arlington, NJ 07856-1320
518243546     +New Jersey attorney General,    Div. of Law,    RJ Hughes Jusice Complex,
                25 Market St., PO Box 112,    Trenton, NJ 08625-0112
518243547     +Omega Rms,    7505 W Tiffany Springs Parkway,    Kansas City, MO 64153-1313
518243551     +RWJ Barnabas,    Po Box 21401,    New York, NY 10087-1401
518243549     +Receivable Collection Services LLC,    170 Jericho Turnpike,    Floral Park, NY 11001-2024
518243550     +Rutgers Health,    Po Box 829650,    Philadelphia, PA 19182-0001
518336847    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation Bankruptcy,    PO Box 245,
                Trenton, NJ 08695)
518243555      Somerset Emergency Medical Assoc.,    c/o B&B Collections, Inc.,    P.O. Box 2137,
                Toms River, NJ 08754-2137
518243554     +Somerset Emergency medical Assoc,    Po Box 6222,    Parsippany, NJ 07054-7222
518243556      State of New Jersey,    Department of the Treasury,    Division of Revenue,    P.O. Box 628,
                Trenton, NJ 08646-0628
518243558     +US Asset Management Inc,    1881 Commerce Drive, Ste. 110,    Elk Grove Village, IL 60007-2134
518243560     +US Attorney of NJ,    970 Broad Street,    7TH FL.,    Newark, NJ 07102-2527
518243559     +US attorney General,    950 Pensylvania Ave NW,    Washington, DC 20530-0009
518243557     +University Radiology,    Po Box 371863,    Pittsburgh, PA 15250-7863
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2019 01:28:57      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2019 01:28:53      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518243535      E-mail/Text: bankruptcy@bbandt.com Dec 07 2019 01:28:29      Bb&T,    Attn: Bankruptcy,
                Po Box 1847,    Wilson, NC 27894
518243537      EDI: DISCOVER.COM Dec 07 2019 05:48:00      Discover Financial,    Attn: Bankruptcy Department,
                Po Box 15316,    Wilmington, DE 19850
518255721      EDI: DISCOVER.COM Dec 07 2019 05:48:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
518243538     +E-mail/Text: bankruptcy.bnc@ditech.com Dec 07 2019 01:28:33      Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
518243542      EDI: IIC9.COM Dec 07 2019 05:48:00      IC Systems, Inc.,    P.O. Box 64378,
                Saint Paul, MN 55164-0378
518243544     +EDI: IRS.COM Dec 07 2019 05:48:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
518251810      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2019 01:34:12      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518243545     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2019 01:34:13
                LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                Greenville, SC 29603-0497
518351795      EDI: PRA.COM Dec 07 2019 05:48:00      Portfolio Recovery Associates, LLC,
                C/O capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
518243548     +EDI: PRA.COM Dec 07 2019 05:48:00      Portfolio Recovery,    Po Box 41021,
                Norfolk, VA 23541-1021
518243552     +E-mail/Text: rwjebn@rwjbh.org Dec 07 2019 01:30:06      RWj Somerset,    110 Rehill Ave,
                Somerville, NJ 08876-2519
518243553     +E-mail/Text: bankruptcy@savit.com Dec 07 2019 01:30:09      SaVit Collection Agency,
                Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
518350402     +EDI: AIS.COM Dec 07 2019 05:48:00      Verizon,    by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 15
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Dec 06, 2019
                              Form ID: 148             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Karl   Meth    on behalf of Creditor    Bridle Club at Bridgewater Condominium Association, Inc.
               kmeth@beckerlawyers.com,  info@acalabreselaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Stephen M. Zullo    on behalf of Debtor William J. Wall szullo@simonattorneys.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5